AO 245B (Rev. 09/08) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page 2 of 6

DEFENDANT: Frank L. Beaudette
CASE NUMBER: 11 CR 50082-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 45 Months

X The court makes the following recommendations to the Bureau of Prisons:
The defendant should be designated to a facility closest to Huntley, Illinois.

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

FILED
AUG 20 2012
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Defendant delivered on _8-7-12_ to _Federal Prison Camp_
a _Duluth, MN_, with a certified copy of this judgment.

J. E. Krueger, Warden
UNITED STATES MARSHAL

By _P. Th____, CSO_
DEPUTY UNITED STATES MARSHAL